**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
_____ **DIVISION at** _____

Eastern District of Kentucky
FILED

MAY - 3 2024

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

CIVIL ACTION NO. _____    (Court Clerk will supply)

_____
    PLAINTIFF

VS:                                          Demand for Jury Trial:
                                             Yes (___) No (___)

_____
_____                    (do not use "et al.",
_____                      enter full names)
_____
_____
    DEFENDANTS

**I.    Plaintiff:**

   A. Name (list any aliases): David C. Hedges

   B. Prisoner ID #: 280927 Check one: Convicted ☒   Pretrial Detainee ____

   C. Place of present confinement: Eastern Kentucky Correctional Complex

   D. Address: 200 Road To Justice, West Liberty, Kentucky, 41472

**II.   Defendant(s): (additional defendants may be listed on a separate sheet of paper)**

   A. Defendant's Name: Unknown
      Title or Position: Unknown
      Place of Employment: Bourbon County Dentention Center
   B. Defendant's Name: Thomas Gardan
      Title or Position: Deputy
      Place of Employment: Bourbon County Dentention Center

## ADDitional Defendants:

- Brittany Sydney
Deputy LT.
Bourbon County Detention Center
- Jamie
LT.
Bourbon County Detention Center
- Unknown
Deputy/
Bourbon County Detention Center
- Jamie Ware
Cpt.
Bourbon County Detention Center
- Unknown
Deputy
Bourbon County Detention Center
- Unknown
Deputy/
Bourbon County Detention Center
- Sharren
Unknown / Head of Administrations
Bourbon County Detention Center
- Unknown
Inmate Accounts
Bourbon County Detention Center
- Unknown
Deputy/
Bourbon County Detention Center
- unknown
Deputy
Bourbon County Detention Center
- Maddie
Deputy/
Bourbon County Detention Center

ADDitional Defendants:

: ala Shoecart
: LT.
: Bourbon County Detention Center
. unknown
Deputy
Bourbon County Detention Center
. Chris
unknown
Bourbon County Detention Center
. unknown
Deputy
Bourbon County Detention Center
. unknown
Deputy
Bourbon County Detention Center
. unknown
Nurse
Bourbon County Detention Center
. Hailey whitaker
Deputy
Bourbon County Detention Center
. Connley
unknown/Deputy
Bourbon County Detention Center
. Brenda Davis
Deputy
Bourbon County Detention Center
. Johnathan
Deputy/
Bourbon County Detention Center
. unknown
Cpt.
Bourbon County Detention Center

ADDitional Defendants:

- unknown
  Cpt
  Bourbon County Detention Center
- Chris
  Deputy
  Bourbon County Detention Center
- unknown
  Deputy
  Bourbon County Detention Center
- Mike
  Deputy
  Bourbon County Detention Center
- unknown
  Deputy
  Bourbon County Detention Center
- Thomas, Johnathan
  Deputy
  Bourbon County Detention Center
- Connie
  Deputy
  Bourbon County Detention Center
- Molly
  Deputy
  Bourbon County Detention Center
- Stephanie
  Deputy
  Bourbon County Detention Center
- Teresa
  Cpt.
  Bourbon County Detention Center
- Timothy
  Deputy
  Bourbon County Detention Center

C. Defendant's Name: Denton
   Title or Position: Cpt.
   Place of Employment: Bourbon County Detention Center
D. Defendant's Name: Sherry
   Title or Position: Sgrt.
   Place of Employment: Bourbon County Detention Center
E. Defendant's Name: Kewen
   Title or Position: Cpt.
   Place of Employment: Bourbon County Detention Center

## III.    Statement of Claim:

Below you should state the **FACTS** of your case. You don't need to make legal arguments or refer to any cases or statutes.

If you wish to allege a number of related claims, write out each claim in a separate numbered paragraph. (If you need more space, you may attach extra sheets).

A. What happened? Explain specifically what each Defendant did or failed to do.

① Refused to send mail out.
② Refusing to priviliages + Commissary.
③ Sexual Harassment / misconduct. VEiwing me at the toilet an asking me if "Do you like me"
④ lost an Damaged property Due to not locking Cell during lawyer visit. Cell not secured Corecth Commissary and Mail refused Causing legal mail to be returned past return date.
Also refused razars an free Hygiene during the period i was held in admission/Hole Confinedment Due to refusing PC. Information Held from me about housing. GP then sending me without relaying all info.

resulting in Assault by Three inmates. Then again
One Month later by another inmate. Concern
about why info was held about DC then allowing
me into Gp if danger, was unaware of?
⑤ Booking fee charged as a transfer an charged
for Hygiene packs multi-times
After not securing my cell while gone to lawyer
Visit, i returned to find out my radio was missing.
i requested Video to be reviewed an my request
was denied, video will show this, an following two inmates
in area for phone an relief from cell along with me
Calling on Bounds to report my findings. Was finally
allowed to send post-card out after inmate "Unknown"
slid two post-cards to me around Dec 2021.

B. When did these events happen?

Between April - Dec 2021 - Jan. 2022 — Till i Left
for Morehead. Unsure of all Dates, records will show.

C. Where did these events happen?

Bourbon County Detention Center.

D. What rights under the Constitution, federal law, federal regulations, state law, or state regulations do you allege the Defendant(s) violated? State the specific constitutional provision or law if you know it.

Uknown, I'm not sure of the answer here needed.

## IV. Exhaustion of Administrative Remedies

A prisoner must complete all steps of the prison's grievance process before filing any lawsuit that relates to prison conditions.

A. **Federal Prisoners** answer the following:

1. Did you file a grievance regarding the facts in this Complaint under Bureau of Prisons regulations?   YES (____)   NO (____)

2. If so, did you (check **ALL** that apply):

| | | |
|---|---|---|
| _____ file a request or appeal to the Warden | _____ | date |
| _____ appeal to the Regional Director | _____ | date |
| _____ appeal to the Office of General Counsel | _____ | date |

3. **ATTACH** a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

4. What was the result? _____

_____

_____

_____

5. If you did not file a grievance, why not? _____

_____

_____

_____

B. **State Prisoners** answer the following:

   1. Did you file a grievance regarding these facts under Kentucky Department of Corrections CPP 14.6 or an appeal of a disciplinary decision to the warden under CPP 15.6?     YES ( ) NO ( )

   2. If you filed a grievance under CPP 14.6, did you (check **ALL** that apply):

      _____ file a grievance and seek an informal resolution     _____ date
      _____ request a hearing from the Grievance Committee     _____ date
      _____ appeal to the Warden     _____ date
      _____ appeal to the Commissioner     _____ date

   Did you file an appeal of a disciplinary decision to the warden under CPP 15.6?
        YES ( ) NO ( )

                  _____ date

   3. **ATTACH** a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

   4. What was the result? _____

_____

_____

_____

   5. If you did not file a grievance, why not?
     I was not sure of the steps required
     to do so.

C.  **County or City Prisoners** answer the following:

1.  Is there a grievance/appeal policy at your jail?   YES (✗)   NO (✓)
2.  **ATTACH** a copy of the grievance/appeal policy to your Complaint, if available.  If not, briefly describe the grievance/appeal policy below. Appeal

    I am not familiar with the grievance policy. Did not file due to knowledge of procedure.

3.  Did you file a grievance regarding these facts?   YES (✗)   NO (☒)

4.  If you filed a grievance: Bourbon County Detention Center

    a.  What steps did you take to use the grievance process? Asked for paper grievance to send to a ranked Deputy. For privileges - Commissary. Not other complaints regarding Sexual misconduct or Mail. Or reasons for PC request an Cell placement.

    b.  What was the result? Response from Cpt Denton and female Deputy stating "If someone ordered for me i could recieve the Commissary items"

    c.  If unsuccessful, did you file an appeal?   YES (  )   NO (✗)

    d.  What was the result? i was refused my commissary still with posted "No Commissary, Razor's, etc will be passed in this area." Plenty of Staff to confirm.

    e.  Did you take any further steps in the grievance process?
        YES (  )  NO (✗)      NO MORE AVAILABLE (  )

    f.  What was the result? Other than verbal conversation asking CO's no.

5.  If you did not file a grievance, why not?: Did Not know I Needed to file a grievance at this point. Didn't fully understand at time my rights were been broken. Concerning My Mail, Sexual Misconduct, an Cell placement for PC / with holding information /Acts of danger.

County or City Prisoners answer the following:

a. filed Grievance on kiosk about booking fee charged to account an Hygiene packs. as a transfer.

b. Response "charged fee for booking an for Hygiene packs"

c. No

d. N/A

e. No

f. N/A

## V.    OTHER LAWSUITS

A.    Have you filed any other lawsuit **dealing with the same facts** raised in this action?   YES (\_\_\_)   NO (☒)

B.    If your answer to question A is **YES**, describe the lawsuit in the space below. If you filed more than one other lawsuit, provide the same information for each other lawsuit on additional sheets of paper.

1. PARTIES:

Plaintiff:    _____

Defendant(s):   _____

_____

_____

2. COURT: (name the district for a federal court, or the county for a state court)

_____

3. CASE NO.: _____   DATE FILED: _____

4. OUTCOME: (is the case still pending?  was it dismissed?  being appealed?)

_____

_____

5. DATE OF JUDGMENT, DISMISSAL, or APPEAL: _____

C.  List any other lawsuits that you have filed in any state or federal court:

1.  Plaintiff _____  vs.  Defendant(s) _____

Court Name: _____   Case No.: _____

Nature of Claim: _____   Date Filed: _____

Outcome: _____   Date: _____

2.  Plaintiff _____  vs.  Defendant(s) _____

Court Name: _____   Case No.: _____

Nature of Claim: _____   Date Filed: _____

Outcome: _____   Date: _____

3. Plaintiff _____ vs. Defendant(s) _____

    Court Name: _____    Case No.: _____

    Nature of Claim: _____    Date Filed: _____

    Outcome: _____    Date: _____

## VI.   Relief:

State exactly what you want the Court to do for you. You don't need to make legal arguments or refer to any cases or statutes, just explain what you want to happen if you prevail on your claim.

Formal investigation and ~~discipline~~ Action against Deputy's That failed to comply with Duty's, An Relief of, Between 0 billion dollars. and $70 billion dollars.

## VII.   Review this Form

Please take a moment to go back and review your responses to each of the questions. Immediately below you are required to certify under penalty of perjury that the information you have provided in this form is correct to the best of your knowledge, so please make sure that your responses fully and accurately explain your claim.

## CERTIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

_____    230927    05/29/2024

Signature of Plaintiff    Prison ID#    Date

Plaintiff's Address: _____

_____